PHILLIP A. TALBERT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN CHU and<br>BEN GUAN,<br><br>Defendants. | CASE NO. 2:22-cr-148 DAD<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: December 6, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

The United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. This matter currently is set for a status conference on December 6, 2022, and time has been excluded under the Speedy Trial Act through that date, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) [Local Code T4]. ECF 8.

2. By this stipulation, the parties request that this Court continue the status conference to February 14, 2023, and exclude time from December 6, 2022, through February 14, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request the Court find, the following:

   a) The government has produced substantial discovery associated with this case that includes investigative reports and related documents in electronic form totaling over

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1  approximately 2,000 pages, as well as several video recordings and surveillance photographs. All
2  of this discovery has been either produced directly to counsel and/or made available for
3  inspection and copying.

4        b)      Counsel for defendants desire additional time to review this discovery, consult
5  with their clients, review the current charges, conduct investigation and research related to those
6  charges, and otherwise prepare for trial.

7        c)      Counsel for defendants believe that failure to grant the above-requested
8  continuance would deny them the reasonable time necessary for effective preparation, taking into
9  account the exercise of due diligence.

10       d)      The government does not object to the continuance.

11       e)      Based on the above-stated findings, the ends of justice served by continuing the
12 case as requested outweigh the interest of the public and the defendants in a trial within the date
13 prescribed by the Speedy Trial Act.

14       f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
15 et seq., within which trial must commence, the time period of December 6, 2022, to February 14,
16 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
17 T4], because it results from a continuance granted by the Court at the defendants' request on the
18 basis of the Court's finding that the ends of justice served by taking such action outweigh the
19 best interest of the public and the defendants in a speedy trial.

20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| Dated: November 28, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
|---|---|
| | /s/ MATTHEW THUESEN<br>MATTHEW THUESEN<br>Assistant United States Attorney |
| Dated: November 28, 2022 | /s/ DUSTIN M. GORDON<br>DUSTIN M. GORDON<br>Counsel for Defendant<br>STEVEN CHU |
| Dated: November 28, 2022 | /s/ COLIN L. COOPER<br>COLIN L. COOPER<br>Counsel for Defendant<br>BEN GUAN |

**FINDINGS AND ORDER**

Pursuant to the stipulation of the parties, the status conference previously scheduled for December 6, 2022 is continued to February 14, 2023, and time is excludes from December 6, 2022, through February 14, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

IT IS SO ORDERED.

Dated: **November 29, 2022**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

3