PHILLIP A. TALBERT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-cr-148 DAD |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| STEVEN CHU and BEN GUAN, | DATE: February 14, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |
| Defendants. | |

The United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. This matter currently is set for a status conference on February 14, 2023, and time has been excluded under the Speedy Trial Act through that date, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) [Local Code T4]. ECF 13.

2. By this stipulation, the parties request that this Court continue the status conference to May 30, 2023, and exclude time from February 14, 2023, through May 30, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request the Court find, the following:

   a) The government has produced substantial discovery associated with this case that includes investigative reports and related documents in electronic form totaling over

1 approximately 2,000 pages, as well as several video recordings and surveillance photographs. All
2 of this discovery has been either produced directly to counsel and/or made available for
3 inspection and copying. The government also is in the process of producing an image of one of
4 the defendant's wireless phones.

5       b)      Counsel for defendants desire additional time to review the discovery, consult
6 with their clients, review the current charges, conduct investigation and research related to those
7 charges, and otherwise prepare for trial.

8       c)      Counsel for defendants believe that failure to grant the above-requested
9 continuance would deny them the reasonable time necessary for effective preparation, taking into
10 account the exercise of due diligence.

11       d)      The government does not object to the continuance.

12       e)      Based on the above-stated findings, the ends of justice served by continuing the
13 case as requested outweigh the interest of the public and the defendants in a trial within the date
14 prescribed by the Speedy Trial Act.

15       f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
16 et seq., within which trial must commence, the time period of February 14, 2023, to May 30,
17 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
18 T4], because it results from a continuance granted by the Court at the defendants' request on the
19 basis of the Court's finding that the ends of justice served by taking such action outweigh the
20 best interest of the public and the defendants in a speedy trial.

21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: February 1, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ MATTHEW THUESEN<br>MATTHEW THUESEN<br>Assistant United States Attorney |
| Dated: February 1, 2023 | /s/ DUSTIN M. GORDON<br>DUSTIN M. GORDON<br>Counsel for Defendant<br>STEVEN CHU |
| Dated: February 1, 2023 | /s/ COLIN L. COOPER<br>COLIN L. COOPER<br>Counsel for Defendant<br>BEN GUAN |

**FINDINGS AND ORDER**

5. Pursuant to the stipulation of the parties and good cause appearing, the status conference previously scheduled for February 14, 2023 is vacated and continued to May 30, 2023, at 9:30 a.m. and time is excluded from February 14, 2023, through May 30, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

IT IS SO ORDERED.

Dated: **February 2, 2023**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT                  4