```
 1  PHILLIP A. TALBERT
    United States Attorney
 2  MATTHEW THUESEN
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2700
    Facsimile:  (916) 554-2900
 5
 6  Attorneys for Plaintiff
    United States of America
 7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-cr-148 DJC |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| STEVEN CHU and BEN GUAN, | DATE: October 12, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |
| Defendants. | |

The United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. This matter currently is set for a status conference on September 14, 2023, and time has been excluded under the Speedy Trial Act through that date, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) [Local Code T4]. ECF 20.

2. By this stipulation, the parties request that this Court continue the status conference to October 12, 2023, at 9:00 a.m., and exclude time from September 14, 2023, through October 12, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request the Court find, the following:

   a) The government has produced substantial discovery associated with this case that includes investigative reports and related documents in electronic form totaling over

approximately 2,000 pages, as well as several video recordings and surveillance photographs and images of two cellular phones. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      Counsel for defendants desire additional time to review the discovery, consult with their clients, review the current charges, conduct investigation and research related to those charges, and otherwise prepare for trial.

      c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 14, 2023, to October 12, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 6, 2023                     PHILLIP A. TALBERT
                                              United States Attorney


                                              /s/ MATTHEW THUESEN
                                              MATTHEW THUESEN
                                              Assistant United States Attorney


Dated:  September 6, 2023                     /s/ DUSTIN M. GORDON
                                              DUSTIN M. GORDON
                                              Counsel for Defendant
                                              STEVEN CHU


Dated:  September 6, 2023                     /s/ COLIN L. COOPER
                                              COLIN L. COOPER
                                              Counsel for Defendant
                                              BEN GUAN


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 6th day of September, 2023.


                                              /s/ Daniel J. Calabrettta
                                              THE HONORABLE DANIEL J. CALABRETTA
                                              UNITED STATES DISTRICT JUDGE